**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60806-CIV-ALTMAN/Hunt**

**HEARTWOOD 2, LLC,**

    Plaintiff,

v.

**NATIONSTAR MORTGAGE LLC**,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the Court upon the Plaintiff's Motion to Strike ("Motion") [ECF No. 56]. The Plaintiff seeks to strike the Declaration of Brian Hooper [ECF No. 43-2], which was attached to the Defendant's Motion for Summary Judgment, [ECF No. 43]. In support, the Plaintiff relies on Federal Rule of Civil Procedure 56(e) and this Court's opinion in *Beard v. Green*, 2010 WL 411084, at *10 (S.D. Fla. Jan 29, 2010). *See, e.g.*, Motion at 1, 4. But Rule 56(e) does not require the striking of a declaration that was filed with a pre-trial motion. Indeed, Rule 56(e) says nothing about striking declarations at all. And this Court's opinion in Beard suggests that the appropriate course here would be, not to "strik[e]" the declaration—as the Plaintiff requests—but simply to consider it "in conjunction with [the Court's] review of the record and in consideration of [the] defendant's motion for summary judgment." *Beard*, 2010 WL 411084, at *10 (citation omitted). The Court will do just that in its forthcoming order addressing the motion for summary judgment.

    Accordingly, this Court hereby

    **ORDERS AND ADJUDGES** that the Plaintiff's Motion to Strike Declaration of Brian Hooper **[ECF No. 56]** is **DENIED**.

CASE NO. 18-60806-CIV-ALTMAN/Hunt

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of April 2019.

ROY K. ALTMAN
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record